**Eunice HUSBAND, Plaintiff—
Appellant,**

v.

**Harrell WATTS, Administrator, National Inmate Appeals; individual capacity; K.M. White, Regional Director, Mid–Atlantic Regional Office; individual capacity; Joe D.**

Driver, Warden, United States Penitentiary–Hazelton; individual capacity; J.E. Crogan, Associate Warden Programs, United States Penitentiary–Hazelton; individual capacity; L. Oddo, Captain, United States Penitentiary–Hazelton; individual capacity; L. King, Deputy Captain, United States Penitentiary–Hazelton; individual capacity; B. Trate, Lieutenant, United States Penitentiary–Hazelton; individual capacity; T. Watson, Lieutenant, United States Penitentiary–Hazelton; individual capacity; D. Mosley, Lieutenant, United States Penitentiary–Hazelton; individual capacity; M. Doyle, Officer, United States Penitentiary–Hazelton; individual capacity; K. Kamicker, Officer, United States Penitentiary–Hazelton; individual capacity; N. Shultz, Officer, United States Penitentiary–Hazelton; individual capacity; S. Eirich, Officer, United States Penitentiary–Hazelton; individual capacity; R. Faber, Officer, United States Penitentiary–Hazelton; individual capacity; A. Jorge, Officer, United States Penitentiary–Hazelton; individual capacity; M. Duley, Officer, United States Penitentiary–Hazelton; individual capacity; E. Phillips, Officer, United States Penitentiary–Hazelton; individual capacity; W. Hozapfel, Special Investigation Service Officer, United States Penitentiary–Hazelton; individual capacity, Defendants—Appellees.

No. 11–6771.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 17, 2011.

Eunice Husband, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eunice Husband appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Husband v. Watts*, No. 2:10–cv–00004–JPB–JES, 2011 WL 1838567 (N.D.W.Va. May 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*